Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17–13241–CMG
                    Chapter: 7
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tonya Sadowniczak | Kevin T Sadowniczak |
| 216 W Union Street | 216 W Union Street |
| Burlington, NJ 08016 | Burlington, NJ 08016 |

Social Security No.:
  xxx–xx–3055                                     xxx–xx–1293

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 26, 2017</u>                   <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court