**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tonya Sadowniczak<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3055<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kevin T Sadowniczak<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1293<br>EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–13241–CMG

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tonya Sadowniczak                    Kevin T Sadowniczak

5/26/17                    **By the court:**    Christine M. Gravelle
                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 17-13241-CMG
Tonya Sadowniczak                                              Chapter 7
Kevin T Sadowniczak
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: May 26, 2017
                              Form ID: 318             Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
```
db/jdb         +Tonya Sadowniczak,    Kevin T Sadowniczak,    216 W Union Street,    Burlington, NJ 08016-1332
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516655424      +Bed Bath & Beyond/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516655425      +Burling City Water & Sewer,    525 High Street,    Burlington, NJ 08016-4503
516655426       Capital One,    4851 Cox Road,    Henrico, VA 23229
516655434       Frost-Arnett Co,    PO Box 1022,    Wixom, MI 48393-1022
516655436       HSBC Bank,    PO Box 9,    Buffalo, NY 14203
516655435      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
516655439      +MABT Retail,    PO Box 4499,    Beaverton, OR 97076-4499
516655440      +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516655442      +Paypal,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
516655444      +Prosper Bank,    101 2d Street,    15th Floor,    San Francisco, CA 94105-3672
516655446      +Select Card Center/5th 3rd Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
516655447      +Service Finance Company,    555 S Federal Hwy,    Ste 20,    Boca Raton, FL 33432-6033
516655448      +State of New Jersey,    Surcharge Violation System,    po bOX 4850,    Trenton, NJ 08650-4850
516655451       Union Plus Credit Card,    PO Box 30255,    Salt Lake City, UT 84130-0255
516655452      +Virtua Memorial Hospital,    175 Madisoon Avenue,    Mount Holly, NJ 08060-2099
516655453       Virtua Memorial Hospital,    PO Box 9500-8057,    Philadelphia, PA 19178-8057
516655454      +Walmart/Syncopy Bank,    PO Box 965024,    Orlando, FL 32896-5024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 26 2017 22:11:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 26 2017 22:11:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516655422       Fax: 800-813-8164 May 26 2017 22:16:09     21st Mortgage Corp,    620 Market Street,    Ste 100,
                 Knoxville, TN 37902
516655427      +EDI: CAPITALONE.COM May 26 2017 21:48:00     Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
516655428      +EDI: CHASE.COM May 26 2017 21:48:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516655429       EDI: CHASE.COM May 26 2017 21:48:00      Chase,    PO Box 15678,    Wilmington, DE 19886-5678
516655430      +EDI: CHASE.COM May 26 2017 21:48:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516655431      +EDI: RCSFNBMARIN.COM May 26 2017 21:48:00      Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
516655432       EDI: DISCOVER.COM May 26 2017 21:48:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
516655433      +E-mail/Text: bankruptcy.bnc@ditech.com May 26 2017 22:11:33     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516655421       EDI: IRS.COM May 26 2017 21:48:00      Internal Revenue Service,    Special Procedures Department,
                 PO Box 744,    Springfield, NJ 07081-0744
516655437      +E-mail/Text: ebnsterling@weltman.com May 26 2017 22:11:37     Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
516655438      +EDI: RMSC.COM May 26 2017 21:48:00      Lowes/ Syncopy Bank,    PO Box 965005,
                 Orlando, FL 32896-5005
516655441      +E-mail/Text: recovery@paypal.com May 26 2017 22:10:59     Paypal,    2211 North First Street,
                 San Jose, CA 95131-2021
516655445      +EDI: SEARS.COM May 26 2017 21:48:00      Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516655449      +EDI: RMSC.COM May 26 2017 21:48:00      Syncopy Bank/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
516655450      +EDI: WTRRNBANK.COM May 26 2017 21:48:00      Target/TD Bank,    PO Box 673,
                 Minneapolis, MN 55440-0673
516655455      +EDI: WFFC.COM May 26 2017 21:48:00      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
                                                                                                TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516655423       Aegis Sciences Corporation
516655443       Preferred Customer AC
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 26, 2017
                              Form ID: 318             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Bunce   Atkinson     on behalf of Trustee Bunce   Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson     bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark K. Smith    on behalf of Joint Debtor Kevin T Sadowniczak markksmithlaw@aol.com,
               Romasmith@aol.com
              Mark K. Smith    on behalf of Debtor Tonya   Sadowniczak markksmithlaw@aol.com,  Romasmith@aol.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```